# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

J McConnell,

            Plaintiff(s),

vs.                                    Case Number: 13-cv-329-GKF-TLW

Preferred Business Systems, LLC,

            Defendant(s).

## ADMINISTRATIVE CLOSING ORDER

The Parties having entered into a settlement agreement, it is hereby ordered that the Clerk administratively terminate this action in his records, without prejudice to the rights of the parties to reopen the proceedings for good cause shown for the entry of stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If, by April 11th, 2014, the Parties have not reopened for the purpose of obtaining a final determination herein, this action shall be deemed dismissed with prejudice.

IT IS SO ORDERED this 10th day of March, 2014

                                                GREGORY K. FRIZZELL, CHIEF JUDGE
                                                UNITED STATES DISTRICT COURT